**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSE GERARDO AVALOS,
Petitioner,
v.
ERIC PINHERO, et al.,
Respondents.

Case No. 5:26-cv-05125-SP

**JUDGMENT**

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: November 4, 2026



SHERI PYM
United States Magistrate Judge